# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 166 WAL 2019

       Respondent    :

       :    Petition for Allowance of Appeal from

       :    the Order of the Superior Court

       v.    :

DAVID ROBERT KENNEDY,    :

       Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of November, 2019, the Petition for Allowance of Appeal and "Petition requesting Court Appointed Counsel" are **DENIED.**